# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

TINA L. BRADLEY                                                                            PLAINTIFF

VS.                           4:04CV02249 GH/JTR

GARY DAVIS: CONAGRA FROZEN                        DEFENDANTS
FOODS: MANAGEMENT CLAIMS SOLUTIONS

### **ORDER**

      The Court has determined that this case warrants the appointment of counsel (docket entry #50). Pursuant to Local Rule 83.7, Mr. Clark S. Brewster, Boswell, Tucker, Brewster & Davis, 408 Reynolds Road, Post Office Box 798, Bryant, Arkansas 72089-0798; (501) 847-3031, csbrewster@boswellaw.com, is hereby appointed to represent Plaintiff, Ms. Tina L. Bradley.

      The Clerk of Court is directed to send counsel a copy of this Order and a copy of Local Rule 83.7. The Clerk is further directed to forward counsel a copy of this file within fifteen (15) days after the entry of this Order.

      IT IS SO ORDERED, this 1st day of August, 2005.

                                                                                     _____
                                                                                      UNITED STATES MAGISTRATE JUDGE