**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

TINA L. BRADLEY                                                                                            PLAINTIFF

VS.                                              4:04CV02249 GH/JTR

GARY DAVIS; CONAGRA FROZEN                                                            DEFENDANTS
FOODS; MANAGEMENT CLAIMS SOLUTION

## ORDER

The Court has determined that this case warrants the appointment of counsel (docket entry #50). Pursuant to Local Rule 83.7, Mr. Ronnie L. Jordan, Southern & Allen, 12410 Cantrell, Suite 100, Post Office Box 17248, Little Rock, Arkansas 72222-7248; (501) 227-2000, rjordan@southernallen.com, is hereby appointed to represent plaintiff, Ms. Tina L. Bradley.

The Clerk is directed to send Mr. Jordan a copy of this Order and Local Rule 83.7. If Mr. Jordan is unable to obtain the remainder of the file from CM/ECF, he should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234, and a copy of the file, or any portion thereof, will be provided to him free of charge.

IT IS SO ORDERED this 22nd day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE