IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TINA L. BRADLEY                                                                                         PLAINTIFF

VS.                                              4:04CV02249 GH/JTR

CONAGRA FROZEN FOODS                                                                      DEFENDANT

**ORDER**

The Court has determined that this case warrants the appointment of counsel (docket entry #50). Pursuant to Local Rule 83.7, Mr. Rickey H. Hicks, Attorney at Law, 523 S. Louisiana, Suite m100, Little Rock, Arkansas 72201, (501) 372-1310; hickslawoffice@yahoo.com, is hereby appointed to represent plaintiff, Ms. Tina L. Bradley.

The Clerk is directed to send Mr. Hicks a copy of this order and Local Rule 83.7. If Mr. Hicks is unable to obtain the remainder of the file from CM/ECF, he should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234 and a copy of the file, or any portion thereof, will be provided to him free of charge.

IT IS SO ORDERED, this 4th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE